```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 09214
   RICHARD A WILLIAMS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0214

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/21/2007 and was not confirmed.

     The case was dismissed without confirmation 10/31/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
CENTRIX RESOURCE SYSTEM  SECURED NOT I    NOT FILED           .00          .00
CENTRIX RESOURCE SYSTEM  UNSECURED        NOT FILED           .00          .00
CHECK N GO               UNSECURED        NOT FILED           .00          .00
COMPUTER CREDIT SERVICE  UNSECURED        NOT FILED           .00          .00
HONOR FINANCE            UNSECURED        NOT FILED           .00          .00
MEDICAL PAYMENT BLVD     UNSECURED        NOT FILED           .00          .00
SEAWAY NATIONAL BANK     UNSECURED        NOT FILED           .00          .00
US BANK                  UNSECURED          1355.50           .00          .00
LEGAL REMEDIES CHARTERED DEBTOR ATTY            .00                        .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                        .00                     .00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 09214 RICHARD A WILLIAMS

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE